**Order filed March 27, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00207-CV
_____

**EMIEL W. OWENS, JR., Appellant**

**V.**

**JAMES E. MASON AND SHELLY GODFREY, Appellees**

**On Appeal from the 506th District Court**
**Grimes County, Texas**
**Trial Court Cause No. 32,045**

## O R D E R

This is an appeal from a judgment signed November 7, 2011. Appellant filed a timely motion for new trial. The notice of appeal was due February 6, 2012. *See* Tex. R. App. P. 26.1. Appellant, however, filed his notice of appeal on February 18, 2012, a date within 15 days of the due date for the notice of appeal. A motion for extension of time is "necessarily implied when the perfecting instrument is filed within fifteen days of its due date. *Verburgt v. Dorner,* 959 S.W.2d 615, 617 (Tex. 1997). Appellant did not file a motion to extend time to file the notice of appeal. While an extension may be implied, appellant is still obligated to come forward with a reasonable explanation to support the

late filing. *See Miller v. Greenpark Surgery Center Assocs., Ltd.*, 974 S.W.2d 805, 808 (Tex. App.-- Houston [14th Dist.] 1998, no pet.).

Accordingly, we **ORDER** appellant to file a proper motion to extend time to file the notice of appeal **within 10 days** of the date of this order. *See* Tex. R. App. P. 26.3;12.5(b). If appellant does not comply with this order, we will dismiss the appeal. *See* Tex. R. App. P. 42.3.

PER CURIAM

Do Not Publish.